UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 03793
    DARNICA WYNN

                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-0260


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/03/2007 and was confirmed 05/14/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was converted to chapter 7 after confirmation 01/15/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COOK COUNTY TREASURER | SECURED | 2107.00 | 50.05 | 319.96 |
| COOK COUNTY TREASURER | SECURED | 2735.80 | 65.16 | 434.85 |
| GMAC | SECURED NOT I | 6066.40 | .00 | .00 |
| GMAC | UNSECURED | NOT FILED | .00 | .00 |
| HOMECOMINGS FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| HOMECOMINGS FINANCIAL | MORTGAGE ARRE | .00 | .00 | .00 |
| NUVELL CREDIT CO LLC | SECURED VEHIC | 10000.00 | 379.19 | 2120.81 |
| NUVELL CREDIT CO LLC | UNSECURED | 7255.91 | .00 | 495.04 |
| HSBC BANK USA | CURRENT MORTG | .00 | .00 | .00 |
| HSBC BANK USA | MORTGAGE ARRE | 395.76 | .00 | 395.76 |
| OCWEN FEDERAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN FEDERAL BANK | MORTGAGE ARRE | 858.92 | .00 | 858.92 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 755.12 | .00 | 51.52 |
| CAPITAL ONE | UNSECURED | 287.97 | .00 | 19.64 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| GE CONSUMER FINANCE | UNSECURED | 802.50 | .00 | 54.75 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 4315.69 | .00 | 294.44 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| SEAWAY NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| SBC | UNSECURED | NOT FILED | .00 | .00 |
| OCWEN FINANCIAL SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK NA | NOTICE ONLY | NOT FILED | .00 | .00 |
| GALWAY FINANCIAL SVC LLC | UNSECURED | 575.00 | .00 | 39.23 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 434.00 | .00 | 434.00 |
| ECAST SETTLEMENT CORP | UNSECURED | 556.93 | .00 | 38.00 |
| AMERICASH LOANS LLC | UNSECURED | 3458.01 | .00 | 235.92 |
| AMERICASH LOANS LLC | UNSECURED | 1302.64 | .00 | 88.87 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 03793 DARNICA WYNN

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,500.00              2,500.00
TOM VAUGHN                TRUSTEE                                 623.89
DEBTOR REFUND            REFUND                                 1,500.00
```

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------
|                        | RECEIPTS    | DISBURSEMENTS |
| --- | --- | --- |
| TRUSTEE                | 11,000.00   |               |
| PRIORITY               |             | 434.00        |
| SECURED                |             | 4,130.30      |
| INTEREST               |             | 494.40        |
| UNSECURED              |             | 1,317.41      |
| ADMINISTRATIVE         |             | 2,500.00      |
| TRUSTEE COMPENSATION   |             | 623.89        |
| DEBTOR REFUND          |             | 1,500.00      |
| TOTALS                 | 11,000.00   | 11,000.00     |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
                         _____
   Dated: 04/23/08
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```